IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

| | |
|---|---|
| Dontae Spivey<br>DOC ID. NO 285631<br>JCI, P.O. Box 534<br>Jessup, Maryland 20794<br><br>       Petitioner<br><br>   , V.<br><br>STATE OF MARYLAND<br>       Respondent | *<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

___ <u>Dontae Spivey</u>, notes an appeal to the United States District Court in the above Captioned action and denial on Motion by the Supreme Court of Maryland on the 19th day of September 2025.

10/15/25
_____
Date

Respectfully Submitted,

_[signature]_
_____
Dontae  Spivey#285631/SID#1349349

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this *15th* day of *October*, 2025, a copy of the foregoing NOTICE OF APPEAL, was mailed postage prepaid to:

Clerk, United States District Court
101 W. Lombard Street
Baltimore, Maryland 21201

Supreme Court of Maryland
Clerk's Office.
Robert C. Murphy Courts of Appeal Building
361 Rowe Blvd.
Annapolis, Maryland 21401

Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202

Sincerely,

Mr. Dontae Spivey#285631/SID#1349349
Jessup Correctional Institution
P.O. Box 534
Jessup, Maryland 20794