Supreme Court of Maryland



Clerk's Office
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, MD 21401-1699



Dontae Spivey #285631/1349349
Jessup Correctional Institution
P.O Box 534
Jessup, MD 20794

20794-053434

|  |  |  |
|---|---|---|
| DONTE SPIVEY | * | IN THE |
|  | * | SUPREME COURT |
|  | * | OF MARYLAND |
| v. | * | No. 31 |
| STATE OF MARYLAND | * | September Term, 2025 |
|  | * | (Cir. Ct. Nos. 198300048, 19909053, 199023055) |

ORDER

In May 1999, Donte Spivey was convicted of first-degree murder, use of a handgun in commission of a felony, robbery with a deadly weapon, carrying or wearing a handgun, and possession of a controlled dangerous substance with the intent to distribute. Mr. Spivey's convictions were affirmed on direct appeal.

On July 25, 2025, in the circuit court, Mr. Spivey filed his petition for post-conviction DNA testing of a grey hat and shirt. In his petition, Mr. Spivey contended that testing of these items would produce exculpatory evidence establishing that he never wore the grey hat or shirt. In response, the State contended that the petition had to be denied because it failed to state a claim upon which relief could be granted. The State's contention was that Mr. Spivey could not have had the DNA testing results admitted because he lacked an expert witness to testify regarding the results of the testing.

Without a hearing, the circuit court denied Mr. Spivey's petition on July 13, 2025, and he appealed.

Upon consideration of the record in Mr. Spivey's criminal cases, including his prior

appeal and the proceedings surrounding his current motion for DNA testing, this Court is able to address the merits of the appeal without additional briefing and without oral argument.

This Court reviews "a circuit court's determination of whether a reasonable probability exists that the DNA testing has the scientific potential to produce exculpatory or mitigating evidence for clear error[,]" and, "[u]nder this standard, if there is any competent evidence to support the factual findings below, those findings cannot be held to be clearly erroneous[,]" *Satterfield v. State*, 483 Md. 452, 463, 294 A.3d 166, 172 (2023) (cleaned up). The Court holds that there is competent evidence in the record supporting the circuit court's decision to deny Mr. Spivey's petition.

Accordingly, it is this 19th day of September 2025, by the Supreme Court of Maryland, a majority concurring,

ORDERED that the Circuit Court for Baltimore City's August 13, 2025 order denying Mr. Spivey's Motion for Post-Conviction Proceeding and for New Trial is affirmed.



/s/ Matthew J. Fader
Chief Justice

```
DONTAE SPIVEY            *   IN THE

     V.                  *   SUPREME COURT

STATE OF MARYLAND        *   OF MARYLAND

                         *   No. 31

                         *   September Term, 2025

                         *   (Cir. Ct. Nos. 198300048, 199029053
                             199029053)
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

## NOTICE OF APPEAL

<u>Dontae Spivey</u>, notes an appeal to the United States District Court in the above Captioned action and denial on Motion by the Supreme Court of Maryland on the 19th day of September 2025.

*10/15/25*
Date

Respectfully Submitted,

Dontae Spivey#285631/SID#1349349

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this _15th_ day of _October_, 2025, a copy of the foregoing NOTICE OF APPEAL, was mailed postage prepaid to:

Clerk, United States District Court

101 W. Lombard Street

Baltimore, Maryland 21201


Supreme Court of Maryland

Clerk's Office

Robert C. Murphy Courts of ARPEAL Building

361 Rowe Blvd.

Annapolis, Maryland 21401


Office of the Attorney General

200 Saint Paul Place

Baltimore, Maryland 21202


Sincerely,

_/s/_

Mr. Dontae Spivey#285631/SID#1349349

Jessup Correctional Institution

P.O. Box 534

Jessup, Maryland 20794